■ SANFORD M. BLAIR, Appellant, v NORTHEASTERN INDUSTRIAL PARK, INC., Respondent.—Appeal from an order of the Supreme Court at Special Term (Brown, J.), entered May 14, 1985 in Schoharie County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Loren N. Brown at Special Term. Mahoney, P. J., Kane, Weiss, Mikoll and Levine, JJ., concur.